IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONALD LAWTON,                        )
                                      )
        Petitioner,                   )
                                      )
v.                                    )        CASE NO.   CV410-040
                                      )
VANESSA O'DONNELL, Warden,            )
                                      )
        Respondent.                   )
                                      )

O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 13), to which objections have been filed

(Docs. 15, 18). However, the Court finds Petitioner's

objections to be without merit. After a careful de novo review,

the Court concurs with the Magistrate Judge's Report and

Recommendation, which is **ADOPTED** as the order of this Court.

Accordingly, Petitioner's § 2254 Motion is **DENIED**, and the Clerk

of Court is **DIRECTED** to close this case.

SO ORDERED this ___5th___ day of October 2011.


_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA